HIRAM V. BAYLIS, Appellant, *v.* HENRY G. SCUDDER et al., Respondents.

(Argued November 21, 1876; decided November 28, 1876.)

*J. Lawrence Smith* for the appellant.

*Henry C. Platt* for the respondents.

MEM. of decision below, 7 Hun, 308.

Agree to affirm. No opinion.

All concur.

Order affirmed.